**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TSYS Acquiring Solutions, LLC, ) | No. CV-09-00155-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Electronic Payment Systems, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant Electronic Payment Systems, LLC's Motion for Reconsideration. (Doc. # 104.) The Court will grant the Motion and revise its prior Order as follows:

**IT IS ORDERED** that Defendant Electronic Payment Systems, LLC's Motion for Reconsideration (Doc. # 104) is **GRANTED**.

**IT IS FURTHER ORDERED** that the effective date of the Order, dated January 28, 2011 (Doc. # 102), deemed to be January 31, 2011.

**IT IS FURTHER ORDERED** that the final paragraph on page 6 of the Order, dated January 28, 2011 (Doc. # 102), is deleted in its entirety and replaced with the following paragraph:

> TSYS is not required to transfer the seven 1-800 numbers to EPS "while those seven numbers are still being used by hundreds of thousands of non-EPS merchants." (Doc. # 91 at p. 6) (emphasis omitted). The Arbitrator's

Award gives TSYS latitude to transfer non-EPS merchants to other 1-800 numbers. but this provision does not diminish the obligation of TSYS to move with rapidity to fulfill the orders of the Court.

DATED this 31st day of January, 2011.

_____
James A. Teilborg
United States District Judge